# Third District Court of Appeal

## State of Florida

Opinion filed April 13, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D21-1993 & 3D22-150
Lower Tribunal No. F97-27689

————————

**Melton Jackson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Melton Jackson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.